JOHN WARREN, RESPONDENT, v. COUNTY OF HUDSON, APPELLANT.

Submitted January 15, 1946—Decided April 30, 1946.

Before CASE, CHIEF JUSTICE, and Justices PARKER and OLIPHANT.

For the appellant, *Thomas J. Armstrong* (*J. Emil Walscheid,* on the brief).

For the respondent, *Eugene T. Sharkey.*

PER CURIAM.

The judgment is affirmed, for the reasons stated in the full and careful opinion of Judge Roberson in the Common Pleas, and printed in 23 *N. J. Mis. R.* 252.